441 A.2d 791

Weiss v. Weiss, Appellant.

Before CAVANAUGH, DiSALLE and WATKINS, JJ.

Affirmed.

Decision was rendered prior to DiSALLE, J. leaving the bench of the Superior Court of Pennsylvania.